**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------------x

SARAH LEE, individually, and on behalf of others similarly situated,

Plaintiff,

Case No. **23-CV-02087**

-against-

**NOTICE OF SUBSTITUTION OF COUNSEL**

DONG BANG CORPORATION, MI JA KIM, JU HE KIM and SANG KYU KIM

Defendants.

---------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND CONSENTED** that Sean S, Kwak, Esq. of the Kim, Lim & Partners, with office at 460 Bergen Blvd., Suite 305, Palisades Park, NJ 07650 be and hereby are substituted in place and instead of Law Offices of Diane H. Lee, with offices at 1630 Center Avenue, Fort Lee, NJ 07024 and 11 E. 44th Street, Suite 1001 New York, NY 10017 as attorney for all Defendants, in the above-entitled action and that this substitution be entered into effect without further notice.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts and a facsimile/PDF version is deemed as an original.

Dated: June 10, 2024

**OUTGOING ATTORNEY FOR DEFENDANTS**

______________________________ Date: 6/10/2024

Diane H. Lee, Esq.
The Law Offices of Diane H. Lee
1630 Center Avenue
Fort Lee, NJ 07024

11 E. 44th Street, Suite 1001
New York, NY 10017
Telephone: 201-363-0101, 201-406-6286, 551-309-9833
Facsimile: 888-908-3660
DLEE@DHLLAW.COM

**INCOMING ATTORNEYS FOR DEFENDANTS**

________________________________ Date: 6/10/2024

Sean S. Kwak, Esq.
Kim, Lim & Partners
460 Bergen Blvd., Suite 305
Palisades Park, NJ 07650

Telephone: 201-585-7400
Facsimile: 201-585-7422
SEANKWAK@KLPLAWYERS.COM